**Order entered January 13, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00236-CR

**OTIS GARDNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-56220-Q**

## ORDER

On November 13, 2013, this Court adopted the trial court's findings that appellant desires to pursue the appeal and that he is indigent and represented by court-appointed counsel J. Daniel Oliphant. We ordered appellant to file his brief by December 27, 2013. To date, appellant has not filed his brief, nor has counsel communicated with the Court regarding the brief.

Accordingly, this Court **ORDERS** appellant to file his brief by **JANUARY 30, 2014**. If the brief is not filed by the date, we will order J. Daniel Oliphant removed as appellant's appointed attorney of record and will order the trial court to appoint new counsel to represent appellant in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Lena Levario, Presiding Judge, 204th Judicial District Court, and to counsel for all parties.

/s/    DAVID EVANS
         JUSTICE